JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY F. LEWIS,<br><br>                    Plaintiff,<br><br>        v.<br><br>PNC BANK, N.A.,<br><br>                    Defendant. | Case No. CV13-07174 DDP (ASx)<br><br>**JUDGMENT OF DISMISSAL** |

On February 13, 2014, the Court granted Defendant PNC BANK, N.A. ("PNC") Motion to Dismiss Plaintiff Henry F. Lewis's Complaint with prejudice.

IT IS HEREBY ORDERED ADJUDGED, AND DECREED that judgment is entered in favor of PNC with prejudice and against Plaintiff who shall take nothing by way of his Complaint.

IT IS SO ORDERED.

DATED:  February 18, 2014

                                                                Hon. Dean D. Pregerson
                                                                U.S. District Judge